UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CANESA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>    Defendant. | No. 2:18-cv-01592-KJM-GGH<br><br><u>ORDER</u> |

On June 22, 2018, the above-captioned parties filed a stipulation that defendant's duty to respond to the Complaint should be delayed to allow further discussion between them. The court has reviewed the stipulation and, finding good cause therefore, IT IS HEREBY ORDERED that:

Defendant shall file a responsive pleading to the complaint on or before July 23, 2018.

Dated: July 3, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

1