1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN CANESA,                              No. 2:18-cv-01592-KJM-GGH

12                  Plaintiff,                 ORDER TO SHOW CAUSE

13           v.

14   AMERICAN EXPRESS COMPANY

15                  Defendant.

16

17          Defendant American Express Company returned the service on the complaint in this

18   matter on June 12, 2018.  ECF No. 5.  On June 22, 2018 the parties stipulated that defendant

19   should have a 28 day extension of time to the complaint.  EECF No. 6.  In response to that

20   stipulation the court issued an Order extending defendant's time to respond accordingly and

21   directing defendant to file a responsive pleading on or before July 23, 2018.  ECF No. 7.

22   Defendant has filed nothing.

23          Defendant shall show cause within ten (10) days of the date of this Order why sanctions

24   should not be imposed for its failure to obey the court's Order.  Defendant may also file its

25   responsive pleading simultaneously with its response to this Order.

26          In light of the foregoing IT IS HEREBY ORDERED that:

27          1.      Defendant shall file a Response to this Order within 30 days of its issuance;

28

                                                 1

2. Defendant may simultaneously file its Response to plaintiff's complaint.

Dated: August 2, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE
